IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ALEXIA WILLIAMS o/b/o** | \* |
| **JARVIS T. WILLIAMS** | \* |
| | \* |
| **Plaintiff,** | \* |
| | \* |
| vs. | \* Civil Action 08-00428-CG-B |
| | \* |
| **MICHAEL J. ASTRUE,** | \* |
| **Commissioner of Social Security,** | \* |
| | \* |
| **Defendant.** | \* |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 16, 2009, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 1st day of April, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE